919 A.2d 185

**Leroy CLARK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 8, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of March, 2007, the above captioned appeal is quashed for failure to file a brief.